### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTONDIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-32486-H1-13 |
| **Arnold James-Sens Owen** | § | |
| **Tanya Renee Owen** | § | |
| | § | |
| **DEBTOR(S)** | § | CHAPTER 13 |

## DEBTORS' RESPONSE TO TRUSTEE'S MOTION TO DISMISS
## AND REQUEST FOR HEARING

Arnold James-Sens Owen and Tanya Renee Owen oppose the Trustee's Motion to Dismiss filed

on or about September 8, 2023.

Debtors will show the Court that the amended  Plan will be filed prior to the hearing date.

Debtors request a hearing.

Debtors request that the Trustee's Motion to Dismiss be DENIED.

Respectfully submitted,
KEELING LAW FIRM

/s/Kenneth A. Keeling
Kenneth A. Keeling; TBN 11160500
Yolanda Gutierrez; TBN 24041028
Cristina Rodriguez; TBN 24049980
Rebecca Keeling; TBN 24083295
3310 Katy Freeway, Suite 200
Houston, Texas 77007
Tel: (713) 686-2222; Fax (713) 579-3058
legal@keelinglaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all parties electronically
or by U.S. First Class Mail on September 11, 2023.

| United States Trustee | David G. Peake | Arnold James-Sens Owen |
|---|---|---|
| 515 Rusk, Suite 3516 | 9660 Hillcroft | Tanya Renee Owen |
| Houston, TX 77002 | Suite 430 | 11655 Crockett Martin Rd |
| | Houston, TX 77096 | Conroe, Tx 77306 |

/s/Kenneth A. Keeling
KENNETH A. KEELING
